
RECEIVED
IN MONROE, LA.

JUL 0 3 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| STEPHEN K. LANPHIER | CIVIL ACTION NO. 10-1074<br>Section P |
| VERSUS | JUDGE ROBERT G. JAMES |
| MADISON PARISH SHERIFF,<br>LARRY COX, ET AL. | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motions for Summary Judgment [Doc. Nos. 58 & 62 (corrected at Doc. No. 66)] filed by Defendants Richard Stalder, James LeBlanc, Linda Ramsey, Larry Cox, Major A. Johnson, Cpt. J. Brooks, Sgt. Robert Sims, and/or Nurse Oby are hereby **GRANTED**. Plaintiff's federal law claims for exposure to environmental tobacco smoke and for retaliatory denial of access to the library are **DISMISSED WITHOUT PREJUDICE** on the merits, but **WITH PREJUDICE** for purposes of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915(d). Plaintiff's remaining claims arising under the Constitution and laws of the United State are **DISMISSED WITH PREJUDICE**. Plaintiff's remaining state law claims, if any, are **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1367(c).

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment [Doc. No. 60] filed by Plaintiff Stephen Lanphier is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Warden Jimmy Shivers are **DISMISSED**.

**MONROE, LOUISIANA**, this __3__ day of __July__ 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE